**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2486**

———————

SAM GREEN,

Plaintiff - Appellant,

versus

UNIVERSITY OF NORTH CAROLINA, at Charlotte,

Defendant - Appellee.

———————

**No. 96-2701**

———————

SAM GREEN,

Plaintiff - Appellee,

versus

UNIVERSITY OF NORTH CAROLINA, at Charlotte,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-93-346-3-MU)

———————

Submitted: March 31, 1997            Decided: April 29, 1997

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sam Green, Appellant Pro Se.  Thomas Oregon Lawton, III, Associate Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sam Green appeals the district court's order granting summary judgment for the the University of North Carolina at Charlotte (UNCC) in this employment discrimination action brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, 2000e-2 (1994). UNCC cross-appeals the district court's order denying its motion to dismiss for lack of proper process and service of process. We have reviewed the record and the district court's opinion granting summary judgment and find no reversible error. Therefore, in No. 96-2486, we affirm the grant of summary judgment on the reasoning of the district court. Green v. University of North Carolina, No. CA-93-346-3-MU (W.D.N.C. Sept. 23, 1996). In light of this determination, we find it unnecessary to decide whether the district court properly denied UNCC's motion to dismiss. Cf. Chesapeake Paper Prods. Co. v. Stone & Webster Eng'q Corp., 51 F.3d 1229, 1234-37 (4th Cir. 1995). Thus, we affirm in No. 96-2701 as well. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3